# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Advanced Technology Logistics, Inc. ) ASBCA No. 58665
)
Under Contract No. W9124J-11-C-0020 )

APPEARANCE FOR THE APPELLANT: Ms. Wykeisha Ross
    Chief Operating Officer

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
    Army Chief Trial Attorney
    CPT Vera A. Strebel, JA
    Trial Attorney

## ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE

By letter dated 7 May 2013, appellant filed a notice of appeal. After several extensions were granted, appellant's complaint was due 18 December 2013. When the Board did not receive a filing from appellant, its 3 January 2014 letter ordered appellant to file its complaint or request an extension by 24 January 2014. Appellant was advised that failure to comply with the Board's Order could result in the Board ordering appellant to show cause why the appeal should not be dismissed pursuant to Rule 31 for failure to prosecute. The Board received no response from appellant.

By Order dated 28 January 2014, the Board directed appellant to either file a complaint or show cause why the appeal should not be dismissed for failure to prosecute within 21 days of the date of the Order. Appellant received the Show Cause Order on 31 January 2014. The Board has received no response from appellant.

Accordingly, this appeal is dismissed with prejudice under Board Rule 31 for failure to prosecute.

Dated: 11 March 2014

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur

RICHARD SHACKLEFORD                         PETER D. TING
Administrative Judge                        Administrative Judge
Acting Vice Chairman                        Armed Services Board
Armed Services Board                        of Contract Appeals
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58665, Appeal of Advanced Technology Logistics, Inc., rendered in conformance with the Board's Charter.

Dated:


JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2